# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MOREJON, | 1:05-cv-00133-OWW-TAG-HC |
|     Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 11) |
| v. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| PAUL M. SCHULTZ, Warden, | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
|     Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 19, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be DISMISSED because Petitioner's claim challenges his original sentence and therefore should have been brought in the trial court as a motion pursuant to 28 U.S.C. § 2255.  (Doc. 11).  This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order.  To date, the parties have not filed timely objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation filed August 19, 2005 (Doc. 11), is ADOPTED IN FULL;

2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   October 11, 2005**                             /s/ Oliver W. Wanger
emm0d6                                                                 UNITED STATES DISTRICT JUDGE